RAMON VEGA *vs.* COMMONWEALTH. March 27, 1997. *Supreme Judicial Court,* Superintendence of inferior courts.

Ramon Vega (defendant) has appealed from the denial by a single justice of this court of his petition for relief under G. L. c. 211, § 3. The defendant contended that he had been convicted and sentenced on a criminal complaint in violation of the requirement imposed by *Commonwealth* v. *Duquette*, 386 Mass. 834, 846-847 (1982). It is clear that the defendant had other remedies available to him which make relief under G. L. c. 211, § 3, inappropriate. The defendant's claim does not meet the two-part test set forth in *Morrissette* v. *Commonwealth*, 380 Mass. 197, 198 (1980). "The single justice did not reserve and report the issue; nor did he decide the issue. He merely denied relief pursuant to G. L. c. 211, § 3. This appeal therefore is not properly before us." *Nettis* v. *Commonwealth*, 415 Mass. 1001, 1001 (1993). See *McClain* v. *Commonwealth*, 421 Mass. 1005 (1995).

*Appeal dismissed.*

The case was submitted on briefs.

*Kelly Ann Downes*, Assistant District Attorney, for the Commonwealth.

*Richard H. Gens* for the defendant.